

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. **09-CV-61186-Ungaro/Simonton**

DAVID J. ERRANTE, SR., individually,

    Plaintiff,

v.

WEST ASSET MANAGEMENT, INC.,
a foreign corporation,

    Defendant.
_____/

# COMPLAINT FOR DAMAGES, DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 *et seq.* ("FCCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§ 1331, 1337, 1367 and 15 U.S.C. § 1692k. Venue in this District is proper because Plaintiff resides here and Defendant does business in this District.

## **PARTIES**

3. Plaintiff, DAVID J. ERRANTE, SR., is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, WEST ASSET MANAGEMENT, INC., (hereinafter, "Defendant") is believed to be a foreign corporation, engaged in the practice of debt collection, with its principal place of business at 11808 Miracle Hills Drive, Omaha, Nebraska, 68151.

5. Defendant regularly uses the mail and telephone in a business, the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties. They are a "debt collector" as that term is defined in the FDCPA.

7. At all times material to the allegations of this complaint, Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

8. With respect to the "Congressional findings and declaration of purpose" portion of the FDCPA, The United States Congress has declared at 15 U.S.C. § 1692:

> *(a) Abusive practices*
> There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.

2

*(b) Inadequacy of laws*
Existing laws and procedures for redressing these injuries are inadequate to protect consumers.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect an alleged debt of $925.00 dollars from Plaintiff arising from personal medical services.

10. On May 9, 2008, Defendant sent Plaintiff a written request for payment of an alleged debt.

11. A true copy of the written request for payment is attached hereto Exhibit "A".

12. On May 10, 2009, Plaintiff notified Defendant in writing, via certified U.S. mail, that Plaintiff both disputed the alleged debt and unequivocally refused to pay the alleged debt.

13. A true copy of the May 10, 2009 dispute letter is attached hereto as Exhibit "B".

14. On or about May 26, 2009, Defendant communicated in writing by sending a second letter to Plaintiff communicating the alleged debt.

15. A true copy of the second letter is attached hereto as Exhibit "C".

16. Federal law requires that "[i]f a consumer notifies a debt collector in writing that the consumer refuses to pay a debt or that the consumer wishes the

3

debt collector to cease further communication with the consumer, the debt collector shall not communicate further with the consumer with respect to such debt...." 15 U.S.C. § 1692c(c); *Ramirez v. Apex Financial Management, LLC*, 567 F.Supp.2d 1035 (N.D. Ill. 2008).

## COUNT I
## FAILURE TO CEASE COMMUNICATIONS

17. Plaintiff incorporates Paragraphs 1 through 16.

18. After receiving Plaintiff's written notice of refusal to pay, Defendant failed to cease communications to Plaintiff regarding the alleged debt in violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(c).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of the instant suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT II
## DECLARATORY RELIEF AND PERMANENT INJUNCTION

19. Plaintiff incorporates Paragraphs 1 through 16.

20. Pursuant to 28 U.S.C §§ 2201 and 2202, Plaintiff seeks a declaration that Defendant's practices are in violation of the FCCPA.

4

21. Plaintiff seeks a permanent injunction prohibiting Defendants from collecting the alleged debt from Plaintiff.

22. The FCCPA provides for equitable relief, including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.*, 586 F.Supp.2d 1336, 1345, (S.D. Fla. 2008).

23. Plaintiff seeks both injunctive relief and equitable relief in accordance with his rights under both state and federal law.

WHEREFORE, Plaintiff requests that the Court enter judgment:

    a. declaring that Defendant has violated Florida Statutes § 559.72;

    b. permanently enjoining Defendant and any other parties from communicating with Plaintiff regarding the alleged debt;

    c. Attorney's fees, litigation expenses and costs of suit; and

    d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this 29TH day of July, 2009.

SCOTT D. OWENS, ESQ.
Attorney for Plaintiff
Cohen & Owens, P.A.
3801 Hollywood Blvd., Suite 200
Hollywood, FL 33021
Telephone: 954-923-3801
Facsimile: 954-967-2791
scott@cohenowens.com

By:_____
Scott D. Owens, Esq.
Florida Bar No. 0597651

6

## West Asset Management

>>>>> Please Call Toll Free 1-877-411-7197 <<<<<

Office hours are Monday through Friday 8:00am – 9:00pm Central Standard Time

| | |
|---|---|
| RE: Northwest Medical Center | Please mail all correspondence to: |
| Reference #: 108372892 | 2703 N. Highway 75, Sherman, TX 75090 |
| Service Date: 05/09/08 | Telephone: 1-877-411-7197 |
| Amount Due: $925.00 | |

Get your Credit Report Updated and Your Account Out of Collections

Dear David Errante,

We recently sent you a notice of debt informing you of your delinquent account with Northwest Medical Center. You failed to pay this account and we have therefore reported the account to the credit reporting agencies. Your credit rating is important. Paying this account will result in your account being out of collections and your credit report being updated to show that your account was paid-in-full.

---

Here is how you can pay your account:

1. Contact our office at 1-877-411-7197 and pay by credit card or check by phone.
   OR
2. Remit your payment to the address listed below.

---

If you are unable to pay the balance-in-full then please call our office to discuss other payment options..

Sincerely,

West Asset Management, Inc.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

CONATTN09640

***Detach Lower Portion and Return with Payment***



ONATTN09
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

Account #: 9579881
Reference #: 108372892
Amount: $925.00

April 30, 2009

9579881-640-09        160039443

David Errante
1200 NW 87th Ave
Coral Springs FL 33071-7196

Please mail all payments to:
West Asset Management, Inc.
PO Box 790113
St. Louis, MO 63179-0113

# EXHIBIT A

09  0000000000009579881  9  00000000000  910000000640  9

7/10/08

To Whom This is Concern
Please be advised that
I am not able to pay
this bill I have been
out of work over 6mo
no in addition the
amount you are asking
is not correct I dispute
and refuse to pay

Respectfully
David Grant

**EXHIBIT B**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>WEST@SHERMAN, TEXAS ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br>West Asset Managment<br>2703 N Hwy 75<br>Sherman TX<br>75090 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 0820 0001 0347 9372 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.44 | 0435 |
| Certified Fee | $2.80 | 06 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.54 | 05/12/2009 |

Sent To: West Asset Managment
Street, Apt No. or PO Box No. 2703 N Hwy 75
City, State, ZIP+4 Sherman TX 75090

Article Number: 7009 0820 0001 0347 9372

PS Form 3800, August 2006   See Reverse for Instructions

May 26, 2009

**west**

West Asset Management
PO Box 790113
St. Louis, MO  63179-0113
877-411-7197

9579881
David Errante
1200 Nw 87th Ave
Coral Springs, FL 330717196

>>>>> Please Call **Toll Free** 1-877-411-7197 <<<<<

RE:  Client        :  NORTHWEST MEDICAL CENTER
     Account #     :  108372892
     Service Date  :  05/09/08
     Balance       :  $925.00

CREDIT DISPUTE INVESTIGATION

Dear David Errante.

We have received your letter disputing the accuracy of our records related to the above referenced account. We have completed the investigation of your account and determined the debt to be valid. See the attached documentation provided by our client validating the debt. Please be advised that we have updated our records to reflect your dispute.

Sincerely,

West Asset Management, Inc.

Word/445.dot

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

2703 N. Highway 75,  Sherman, TX  75090

# EXHIBIT C

%JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**
DAVID J. ERRANTE, SR., individually

**DEFENDANTS**
WEST ASSET MANGEMENT, INC.

**(b)** County of Residence of First Listed Plaintiff: Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Scott D. Owens, Esq./COHEN & OWENS, P.A.
3801 Hollywood Boulevard, Suite 200, Hollywood, Florida 33021
Phone: 954-923-3801

Attorneys (If Known)
09 CV 61186 Ungaro / Simonton

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☑ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☑ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |

**V. ORIGIN** (Place an "X" in One Box Only)
☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):
a) Re-filed Case ☐ YES ☑ NO
b) Related Cases ☐ YES ☑ NO
JUDGE _____ DOCKET NUMBER _____

**VII. CAUSE OF ACTION** Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
VIOLATION OF THE FAIR DEBT COLLECTION ACT ("FDCPA").
LENGTH OF TRIAL via 1 days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE 7/29/09

FOR OFFICE USE ONLY
AMOUNT 350.00 RECEIPT # 547086 IFP

11 of 11